**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6731**

_____

JOSHUA LYNN ROBINSON,

        Plaintiff - Appellant,

     v.

DAVID SEAY, in their individual capacity; BRIAN JOHNSON, in their individual capacity; ANTHONY BASILE, in their individual capacity; WILL DAVIS, in their individual capacity; CAROLINE NEWTON; LYNN BARRETT; NELA LAUGHRIDGE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:24-cv-02136-HMH)

_____

Submitted:  November 19, 2024              Decided:  November 22, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joshuan Lynn Robinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Lynn Robinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Robinson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Robinson v. Seay*, No. 6:24-02136-HMH (D.S.C. July 18, 2024). We further deny Robinson's motions to compel discovery and appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*